**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of Illinois**

Case number (*If known*): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Robert Bas Law Office, Corp.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1558808** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **315 N. Main Street, Ste. 3** | |
| Number        Street | Number        Street |
| **Edwardsville        IL        62025** | **IL** |
| City        State    Zip Code | City        State    Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **MADISON** | |
| County | Number        Street |
| | City        State    Zip Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | **baslawpc.com** |

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor  **Robert Bas Law Office, Corp.**                                    Case number *(if known)* _____
        Name

**6.**  **Type of debtor**     ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

                               ☐ Partnership (excluding  LLP)

                               ☐ Other. Specify: _____

**7.**  **Describe debtor's business:**     A. *Check one:*

        ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

        ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

        ☐ Railroad (as defined in 11 U.S.C. § 101(44))

        ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

        ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

        ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

        ☑ None of the above

        B. Check all that apply:

        ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

        ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

        ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

        C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

        _____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

        *Check one:*

        ☐ Chapter 7

        ☐ Chapter 9

        ☑ Chapter 11. *Check **all** that apply:*

            ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

            ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

            ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

            ☐ A plan is being filed with this petition.

            ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

            ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

            ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

        ☐ Chapter 12

Debtor **Robert Bas Law Office, Corp.**          Case number *(if known)* _____
      Name

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                              MM/DD/YYYY

         District _____ When _____ Case number _____
                              MM/DD/YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                              MM/DD/YYYY

         Case number, if known _____

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

City          State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

Debtor  **Robert Bas Law Office, Corp.**  Case number *(if known)* _____
         Name

## Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | Estimated number of creditors | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ☑ | 1-49 | ☐ | 1,000-5,000 | ☐ | 25,001-50,000 |
| | | ☐ | 50-99 | ☐ | 5,001-10,000 | ☐ | 50,001-100,000 |
| | | ☐ | 100-199 | ☐ | 10,001-25,000 | ☐ | More than 100,000 |
| | | ☐ | 200-999 | | | | |

| 15. | Estimated assets | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| | | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| | | ☑ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| | | ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ | More than $50 billion |

| 16. | Estimated liabilities | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ☐ | $0-$50,000 | ☑ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| | | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| | | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| | | ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ | More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | I have been authorized to file this petition on behalf of the debtor. |
| | | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **2/20/2026**
             MM / DD / YYYY

✗ **/s/ Robert Bas**                                    **Robert Bas**
Signature of authorized representative of debtor         Printed name

Title  **President**

Debtor    **Robert Bas Law Office, Corp.**
Name

Case number *(if known)*

18.    **Signature of attorney**

✗ **/s/ Robert Eggmann**
Signature of attorney for debtor

Date **2/20/2026**
MM / DD / YYYY

**Robert Eggmann**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 South Central Ave., Ste. 1800**
Number          Street

**Saint Louis**
City

**MO**
State

**63105**
ZIP Code

**(314) 854-8600**
Contact Phone

**ree@carmodymacdonald.com**
Email address

**6203021**
Bar number

**Illinois**
State

**Fill in this information to identify the case and this filing:**

Debtor Name   **Robert Bas Law Office, Corp.**

United States Bankruptcy Court for the:   **Southern District of Illinois**

Case number (*If known*):

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **2/20/2026**             ✗ **/s/ Robert Bas**
                  MM/DD/YYYY                Signature of individual signing on behalf of debtor

                                           **Robert Bas**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Copyright © Financial Software Solutions, LLC                                                BlueStylus

■

Debtor Name   **Robert Bas Law Office, Corp.**

United States Bankruptcy Court for the: **Southern District of Illinois**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **QuickBooks Capital** **P.O. Box 842978** **Dallas, TX 75284-2978** | **QuickBooks Capital** **(800) 422-2880** **servicing@intuit.com** | **Term Loan** | | | | **$41,500.00** |
| 2 | **QuickBooks** **P.O. Box 842978** **Dallas, TX 75284-2978** | **QuickBooks** **() -** | **Line of Credit** | | | | **$28,775.00** |
| 3 | **Busey Bank** **P.O. Box 790408** **St. Louis, MO 63179-0408** | **Busey Bank** **(800) 749-9784** **tmsupport@busey.com** | **Credit Card** | | | | **$15,744.00** |
| 4 | **Capital On Tap** **33 Irving Place** **Suite 3009** **New York, NY 10003** | **Capital On Tap** **(833) 972-2132** **support@capitalontap.com** | **Credit Card** | | | | **$13,500.00** |
| 5 | **Capital One Business** **P.O. Box 4069** **Carol Stream, IL 60197-4069** | **Capital One Business** **(888) 326-6805** | **Credit Card** | | | | **$6,000.00** |

Copyright © Financial Software Solutions, LLC                                                                                                        BlueStylus

■■

Debtor Name   **Robert Bas Law Office, Corp.**

United States Bankruptcy Court for the: **Southern District of Illinois**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Your Assets and Liabilities for Non-Individuals          **12/15**

### Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ _____ **191,416.50**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ _____ **191,416.50**

### Summarize Your Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D.......................................... $ _____ **1,331,507.24**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................... $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................... **+** $ _____ **105,519.00**

4. **Total liabilities** ................................................................................................................... $ _____ **1,437,026.24**
   Lines 2 + 3a + 3b

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

Debtor Name **Robert Bas Law Office, Corp.**

United States Bankruptcy Court for the: **Southern District of Illinois**

Case number (*If known*): 

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ **125.00**

   **Description: Cash on Hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| **3.1** | **Bank of Madison County** | **Checking Account** | **9313** | $ **40,000.00** |
| **3.2** | **First Mid Bank and Trust N.A.** | **Checking Account** | **4111** | $ **29.50** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ **40,154.50**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    **Robert Bas Law Office, Corp.**              Case number *(if known)* _____
             Name

---

### Part 2:    Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2**
    Add lines 7 through 8. Copy the total to line 81.        $ _____ 0.00

---

### Part 3:    Accounts receivable

10.  **Does the debtor have any accounts receivable?**
     ☐ No. Go to Part 4.
     ☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

11.  **Accounts receivable**

**11a. 90 days old or less:**    20,000.00 – 5,000.00 = $    15,000.00
                                 face amount     doubtful or uncollectible accounts

**11b. Over 90 days old:**    220,000.00 – 185,000.00 = $    35,000.00
                              face amount     doubtful or uncollectible accounts

12.  **Total of Part 3**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $    50,000.00

---

Copyright © Financial Software Solutions, LLC

Debtor    **Robert Bas Law Office, Corp.**              Case number *(if known)* _____
           Name

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**
- ☑ No. Go to Part 5.
- ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                              % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

   $ _____ **0.00**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☑ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

_____    _____    $ _____    _____    $ _____
          MM / DD / YYYY

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   $ _____ **0.00**

Copyright © Financial Software Solutions, LLC

Debtor  **Robert Bas Law Office, Corp.** _____  Case number *(if known)* _____
  Name

24. **Is any of the property listed in Part 5 perishable?**
 ☒ No
 ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
 ☒ No
 ☐ Yes.

   Book value  $ _____  Valuation method _____  Current Value  $ _____

26 **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
 ☒ No
 ☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
 ☒ No. Go to Part 7.
 ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor  **Robert Bas Law Office, Corp.**                    Case number *(if known)* _____
        Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                    $ _____ **0.00**

34. **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☒ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes

    Book value  $ _____  Valuation method _____  Current Value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

| **Reception Area: Desk and Credenza ($300.00), Base Cabinet ($120.00), Chairs ($150.00), Area Rugs ($100.00), Picture Frames ($50.00), Copy Machine ($100.00), Desk Chair ($50.00); Storage-File Room: Metal Filing Cabinets ($450.00), Shelving ($200.00), Book Shelves ($250.00), Chair ($50.00); Office One: Three Desks ($450.00), Five Desk Chairs ($300.00), Credenza ($80.00), Base Cabinets ($200.00), Picture Frames ($50.00), Three Base Cabinets ($200.00); Office Two: Desk ($125.00), Credenza ($75.00), Desk Shelves ($75.00), Three Bookshelves ($150.00), Three Base Cabinets ($200.00).** | $ **0.00** | | $ **3,725.00** |

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor    **Robert Bas Law Office, Corp.**          Case number *(if known)* _____
              Name

40. **Office fixtures**

**Shelving**                                  $_____**0.00**          _____    $_____**400.00**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

**Reception Area: Computer, including two Monitors and Hard Drive ($500.00), Laptop ($300.00), TV ($200.00), Recording Equipment ($150.00), Telephone ($50.00), Printer ($75.00), Tablet ($200.00); Office One: Three Computers with Monitors, Keyboard, and Hard Drive ($600.00), Calculator ($10.00), Two Laptops ($300.00), Two Tablets ($400.00), Three Phones ($150.00), TV ($100.00), Three Printers ($350.00); Office Three: Two Computers with Monitors and Two Screens ($250.00), Printer ($75.00), Telephone ($75.00), TV ($150.00), Calculator ($5.00), One Tablet ($200.00), One Laptop ($200.00), Storage Room: Refrigerator ($150.00), Microwave ($75.00), Coffee Maker ($50.00), Xerox Copy Machine ($700.00).**    $_____**0.00**          _____    $_____**5,315.00**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

                                              $_____          _____    $_____

43. **Total of Part 7.**

Add lines 38 through 42. Copy the total to line 86.                                    $_____**9,440.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45 **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    **Robert Bas Law Office, Corp.**                          Case number *(if known)*    _____
_____
Name

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **47.1    2023 BMW X7 Utility 4D** | $    0.00 | | $    80,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                    $    80,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor    **Robert Bas Law Office, Corp.**                    Case number *(if known)* _____
        Name

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property  Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ **0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** https://baslawpc.com/ | $ **0.00** | | $ **0.00** |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor  **Robert Bas Law Office, Corp.**                    Case number *(if known)*  _____
          Name

65. **Goodwill**

$ _____          _____          $ _____

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                    $ _____ **0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____          _____ – _____ = $ _____
                    Total face amount    doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____                    Tax Year _____          $ _____

73. **Interests in insurance policies or annuities**

$ _____

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor    **Robert Bas Law Office, Corp.**                    Case number *(if known)*
                        Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Judgments against A. Holt in the amount of $867.00, A. Arosemena in the amount of $993.00, C. Merritt in the amount of $1,250.00, C. Morgan in the amount of $3,072.00, C. Smith in the amount of $2,320.00, D. Vernados in the amount of $1,700.00, K. Arosemena in the amount of $600.00 and K. Kelley in the amount of $1,020.00.**                                                        $                    **11,822.00**

**Nature of claim**

**Amount requested**        $                **0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

                                                                                                        $

    **Nature of claim**

    **Amount requested**        $

76. **Trusts, equitable or future interests in property**

                                                                                                        $

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

                                                                                                        $

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                            $                    **11,822.00**

79  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑  No
    ☐  Yes

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $    **40,154.50** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $        **0.00** | |

Copyright © Financial Software Solutions, LLC                                          BlueStylus

Debtor   **Robert Bas Law Office, Corp.**          Case number *(if known)* _____
          Name

82. **Accounts receivable**. *Copy line 12, Part 3.*              $            **50,000.00**

83. **Investments.** *Copy line 17, Part 4.*                     $                 **0.00**

84 **Inventory.** *Copy line 23, Part 5.*                        $                 **0.00**

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*   $             **0.00**

86. **Office furniture, fixtures, and equipment; and collectibles.**
    *Copy line 43, Part 7.*                                      $             **9,440.00**

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*   $        **80,000.00**

88. **Real property.** *Copy line 56, Part 9.* ..................................................................➔    $            **0.00**

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*   $          **0.00**

90. **All other assets**. *Copy line 78, Part 11.*          **+**  $        **11,822.00**

91. **Total.** Add lines 80 through 90 for each column...................... 91a.   $   **191,416.50**   **+** 91b.   $    **0.00**

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................................    $   **191,416.50**

Copyright © Financial Software Solutions, LLC                                                     BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **Robert Bas Law Office, Corp.**

United States Bankruptcy Court for the: **Southern District of Illinois**

Case number (*If known*):

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|-----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | | |
|-----|---|---|

**Creditor's Name**

**BayFirst National Bank**

**Describe debtor's property that is subject to a lien**

$ **98,000.00**    $ **98,000.00**

**Creditor's mailing address**
**700 Central Ave.**
**Saint Petersburg, FL 33701**

**Creditor's email address, if known**
**sbapm@bayfirstfinancial.com**

**Describe the lien**
**SBA Loan**

**Description**
**SBA Loan**

**Date debt was incurred**    **12/18/2023**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number**    **9100**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor   **Robert Bas Law Office, Corp.**                          Case number *(if known)* _____
Name

---

**2.2**   **Creditor's Name**

**BayFirst National Bank**

**Creditor's mailing address**
**700 Central Ave.**
**Saint Petersburg, FL 33701**

| Describe debtor's property that is subject to a lien | | |
|---|---|---|
| | $ 140,004.72 | $ 140,004.72 |

**Creditor's email address, if known**
_____

**Describe the lien**
**SBA Loan**

**Description**
**SBA Loan**

**Date debt was incurred**   **7/25/23**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**   **9102**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**   **Creditor's Name**

**FC Marketplace, LLC**

**Creditor's mailing address**
**110 SE 6th St., Ste. 700**
**Fort Lauderdale, FL 33301**

| Describe debtor's property that is subject to a lien | | |
|---|---|---|
| | $ 124,755.52 | $ 124,755.52 |

**Creditor's email address, if known**
_____

**Describe the lien**
**Loan**

**Description**
**Loan**

**Date debt was incurred**   **9/16/25**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**   **2144**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

Debtor   **Robert Bas Law Office, Corp.**                     Case number *(if known)* _____
Name

---

**2.4**   **Creditor's Name**

**First Mid Bank & Trust**

**Creditor's mailing address**
**P.O. Box 499**
**Mattoon, IL 61938-0499**

**Creditor's email address, if known**
**cscsupport@firstmid.com**

**Date debt was incurred   11/9/2024**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____71,000.00   $ _____71,000.00

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Line of Credit**

---

**2.5**   **Creditor's Name**

**Five Star Bank**

**Creditor's mailing address**
**SBA Credit Team**
**3100 Zinfandel Drive, Suite 650**
**Rancho Cordova, CA 95670**

**Creditor's email address, if known**
**sbacredit@fivestarbank.com**

**Date debt was incurred   02/23/23**

**Last 4 digits of account number   4879**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____288,890.00   $ _____288,890.00

**Describe the lien**
**SBA Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**SBA Loan**

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

Debtor   **Robert Bas Law Office, Corp.**          Case number *(if known)* _____
          Name

---

**2.6** | **Creditor's Name**

**Fox Funding Group LLC**

**Creditor's mailing address**
**803 S. 21st Ave.**
**Hollywood, FL 33020**

**Creditor's email address, if known**
**underwriting@foxbusinessfunding.com**

**Date debt was incurred   12/17/2025**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 102,000.00   $ 102,000.00

**Describe the lien**
**Loan**

**Description**
**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** | **Creditor's Name**

**Headway Capital, LLC**

**Creditor's mailing address**
**175 W. Jackson Blvd.**
**Chicago, IL 60604**

**Creditor's email address, if known**
**support@headwaycapital.com**

**Date debt was incurred   04/19/2023**

**Last 4 digits of account number   0085**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 98,112.00   $ 98,112.00

**Describe the lien**
**Line of Credit**

**Description**
**Line of Credit**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC                                              BlueStylus

Debtor    **Robert Bas Law Office, Corp.**                    Case number *(if known)* _____
          Name

| **2.8** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**OnDeck Capital**                                                                $    **95,000.00**  $    **95,000.00**

**Creditor's mailing address**
**4700 W. Daybreak Pkwy.**
**Suite 200**
**South Jordan, UT 84009**

**Creditor's email address, if known**          **Describe the lien**          **Description**

**support@ondeck.com**                          **Loan**                        **Loan**

**Date debt was incurred      9/6/25**          **Is the creditor an insider or related party?**
                                                ☑ No
**Last 4 digits of account number** _____     ☐ Yes

**Do multiple creditors have an interest in the same property?**     **Is anyone else liable on this claim?**
☑ No                                                                ☑ No
☐ Yes. Have you already specified the relative priority?            ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.                      **As of the petition filing date, the claim is:**
                                                                    Check all that apply.
          _____                                  ☐ Contingent
   ☐ Yes. The relative priority of creditors is                     ☐ Unliquidated
          specified on lines _____                               ☐ Disputed

---

| **2.9** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**PBT Assets Inc.**                                                              $    **110,000.00**  $    **110,000.00**

**Creditor's mailing address**
**D/B/A Staten Finance Group**
**7901 4th St. N.,  Ste. 7261**
**Saint Petersburg, FL 33702**

**Creditor's email address, if known**          **Describe the lien**          **Description**

**admin@statenfinance.com**                     **Loan**                        **Loan**

**Date debt was incurred      11/24/25**         **Is the creditor an insider or related party?**
                                                ☑ No
**Last 4 digits of account number** _____     ☐ Yes

**Do multiple creditors have an interest in the same property?**     **Is anyone else liable on this claim?**
☑ No                                                                ☑ No
☐ Yes. Have you already specified the relative priority?            ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.                      **As of the petition filing date, the claim is:**
                                                                    Check all that apply.
          _____                                  ☐ Contingent
   ☐ Yes. The relative priority of creditors is                     ☐ Unliquidated
          specified on lines _____                               ☐ Disputed

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor   **Robert Bas Law Office, Corp.**                Case number *(if known)* _____
Name

---

**2.10**  **Creditor's Name**

**PBT Assets Inc.**

**Creditor's mailing address**
**D/B/A Staten Finance Group**
**7901 4th St. N., Ste. 7261**
**Saint Petersburg, FL 33702**

**Creditor's email address, if known**
**admin@statenfinance.com**

**Date debt was incurred**   **9/04/25**

**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 32,745.00  $ 32,745.00

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Loan**

---

**2.11**  **Creditor's Name**

**Square Capital**

**Creditor's mailing address**
**JP Morgan - Lockbox Processing**
**Attn: Square Financial Services - 22402**
**4 Chase Metrotech Center, 7th Floor East**
**Brooklyn, NY 11245**

**Creditor's email address, if known**
_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 17,000.00  $ 17,000.00

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Loan**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    **Robert Bas Law Office, Corp.**                          Case number *(if known)* _____
         Name

**2.12** | **Creditor's Name**

**Transportation Alliance Bank, Inc.**

**Creditor's mailing address**
**4185 Harrison Blvd.**
**Ogden, UT 84403**

**Creditor's email address, if known**
**loans@tabbank.com**

**Date debt was incurred    05/07/2024**

**Last 4 digits of account number    2811**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____154,000.00_  $ _____154,000.00_

**Describe the lien**
**SBA Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**SBA Loan**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**    $ **1,331,507.24**

---

**Part 2:** | **List Others to Be Notified for a Debt That You Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Copyright © Financial Software Solutions, LLC      BlueStylus

**Fill in this information to identify your case:**

Debtor **Robert Bas Law Office, Corp.**

United States Bankruptcy Court for the: **Southern District of Illinois**

Case number (*If known*):

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

**Illinois Department of Revenue**

**BK Unit Level 7-425**
**100 Randolph St.**

**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0.00   $ _____ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Notice Only**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Description**

**Notice Only**

Debtor    **Robert Bas Law Office, Corp.**                              Case number *(if known)* _____
Name

| **2.2** | **Priority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 0.00   $ _____ 0.00

**Internal Revenue Service**

☐ Contingent

**P.O. Box 7346**

☐ Unliquidated
☐ Disputed

**Philadelphia, PA 19101-7346**

**Date or dates debt was incurred**

**Basis for the claim:**

_____

**Notice Only**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Description**

☑ No

**Notice Only**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ 15,744.00

**Busey Bank**

☐ Contingent
☐ Unliquidated

**P.O. Box 790408**

☐ Disputed

**St. Louis, MO 63179-0408**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**12/2019**

**Credit Card**

**Credit Card**

**Last 4 digits of account number** 8295

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

Debtor    **Robert Bas Law Office, Corp.**       Case number *(if known)* _____
       Name

---

**3.2**    **Nonpriority creditor's name and mailing address**

**Capital On Tap**

**33 Irving Place**
**Suite 3009**

**New York, NY 10003**

**Date or dates debt was incurred**

**04/2025**

**Last 4 digits of account number**    **4012**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Credit Card**

**Is the claim subject to offset?**

☑ No
☐ Yes

$      **13,500.00**

**Description**

**Credit Card**

---

**3.3**    **Nonpriority creditor's name and mailing address**

**Capital One Business**

**P.O. Box 4069**

**Carol Stream, IL 60197-4069**

**Date or dates debt was incurred**

**09/2025**

**Last 4 digits of account number**    **9081**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Credit Card**

**Is the claim subject to offset?**

☑ No
☐ Yes

$      **6,000.00**

**Description**

**Credit Card**

---

**3.4**    **Nonpriority creditor's name and mailing address**

**QuickBooks**

**P.O. Box 842978**

**Dallas, TX 75284-2978**

**Date or dates debt was incurred**

**06/17/2025**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Line of Credit**

**Is the claim subject to offset?**

☑ No
☐ Yes

$      **28,775.00**

**Description**

**Line of Credit**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor      **Robert Bas Law Office, Corp.**
            Name                                                    Case number *(if known)*

---

| 3.5 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                              41,500.00

**QuickBooks Capital**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 842978**

**Dallas, TX 75284-2978**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**8/21/25**

**Term Loan**

**Term Loan**

**Last 4 digits of account number**     **D401**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.   **Total claims from Part 1**          5a.   $                    0.00

5b.   **Total claims from Part 2**          5b.   **+**   $            105,519.00

5c.   **Total of Parts 1 and 2**           5c.   $            105,519.00
      Lines 5a + 5b = 5c.

---

**Fill in this information to identify your case:**

Debtor Name __**Robert Bas Law Office, Corp.**__

United States Bankruptcy Court for the: __**Southern District of Illinois**__

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** __**Month to month tenancy.**__<br><br>**State the term remaining** _____<br><br>**List the contract number of any government contract** _____ | **RBM Management** |

**Fill in this information to identify your case:**

Debtor Name    **Robert Bas Law Office, Corp.**

United States Bankruptcy Court for the: **Southern District of Illinois**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.    **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |

Copyright © Financial Software Solutions, LLC

**Fill in this information to identify your case:**

Debtor name    **Robert Bas Law Office, Corp.**

United States Bankruptcy Court for the: **Southern District of Illinois**

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/1/2026** to Filing date<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ **122,860.00** |
| **For prior year:** From **1/1/2025** to **12/31/2025**<br>MM/DD/YYYY   MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ **1,130,000.00** |
| **For the year before that:** From **1/1/2024** to **12/31/2024**<br>MM/DD/YYYY   MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ **1,031,031.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM/DD/YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor    **Robert Bas Law Office, Corp.**    Case number *(if known)* _____
Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1 Five Star Bank** <br>Creditor's Name <br><br> **SBA Credit Team** <br> **3100 Zinfandel Drive, Suite 650** <br>Number     Street <br><br> **Rancho Cordova   CA   95670** <br>City              State  ZIP Code | **11/17/2025** <br><br> **12/22/2025** <br><br> **01/16/2026** | $ **11,513.63** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.2 Fox Funding Group LLC** <br>Creditor's Name <br><br> **803 S. 21st Ave.** <br>Number     Street <br><br> **Hollywood         FL   33020** <br>City              State  ZIP Code | **12/2025** <br><br> **01/2026** | $ **17,500.00** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.3 Headway Capital, LLC** <br>Creditor's Name <br><br> **175 W. Jackson Blvd.** <br>Number     Street <br><br> **Chicago         IL   60604** <br>City              State  ZIP Code | **12/01/2025** <br><br> **12/31/2025** | $ **12,890.18** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor     **Robert Bas Law Office, Corp.**                                    Case number *(if known)* _____
           Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.4  OnDeck Capital**<br>Creditor's Name | **11/2025** | $            **27,553.70** | ☐ Secured debt<br>☑ Unsecured loan repayments |
| **4700 W. Daybreak Pkwy. Suite 200**<br>Number        Street | **12/2025** | | ☐ Suppliers or vendors<br>☐ Services |
| **South Jordan      UT    84009**<br>City                State   ZIP Code | **01/2026** | | ☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.5  QuickBooks**<br>Creditor's Name | **11/2025** | $            **8,870.45** | ☐ Secured debt<br>☑ Unsecured loan repayments |
| **P.O. Box 842978**<br>Number        Street | **12/2025** | | ☐ Suppliers or vendors<br>☐ Services |
| **Dallas           TX    75284-2978**<br>City                State   ZIP Code | **01/2026** | | ☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.6  QuickBooks Capital**<br>Creditor's Name | **12/10/2025** | $            **10,940.10** | ☐ Secured debt<br>☑ Unsecured loan repayments |
| **P.O. Box 842978**<br>Number        Street | **01/05/2026** | | ☐ Suppliers or vendors<br>☐ Services |
| **Dallas           TX    75284-2978**<br>City                State   ZIP Code | | | ☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.7  Staten Finance Group**<br>Creditor's Name | **11/2025** | $            **36,200.00** | ☐ Secured debt<br>☑ Unsecured loan repayments |
| **PBT Assets Inc. D/B/A Staten Finance Group**<br>**7901 4th St. N., Ste. 7261**<br>Number        Street | **12/2025** | | ☐ Suppliers or vendors<br>☐ Services |
| **Saint Petersburg   FL    33702**<br>City                State   ZIP Code | **01/2026** | | ☐ Other _____ |

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

Debtor     **Robert Bas Law Office, Corp.**                                      Case number *(if known)* _____
　　　　　　　Name

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1** _____<br>Insider's Name | _____ | $ _____ | |
| Number    Street | | | |
| City          State  ZIP Code | | | |
| **Relationship to debtor** | | | |

5.  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1** _____<br>Creditor's Name | | _____ | $ _____ |
| Number    Street | | | |
| City          State  ZIP Code | | | |

6.  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1  First Mid Bank and Trust**<br>Creditor's Name | **01/29/2026 - $11,993.68 Right of Setoff**<br>**01/30/2026 - $3,404.00 Right of Setoff** | _____ | $       **15,397.68** |
| **P.O. Box 499**<br>Number    Street | | | |
| **Mattoon**      **IL**    **61938-0499**<br>City          State  ZIP Code | Last 4 digits of account number: XXXX– ____ | | |

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor   **Robert Bas Law Office, Corp.**                          Case number *(if known)* _____
         Name

---

### Part 3:   Legal Actions or Assignments

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1** _____ | _____ | _____ | ☐ Pending |
| | | Creditor's Name | ☐ On appeal |
| **Case Number** | | | ☐ Concluded |
| _____ | | Number      Street | |
| | | _____ | |
| | | City                State   ZIP Code | |

8.   **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **8.1** _____ | _____ | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Court's Name |
| Number      Street | **Case number** | |
| | _____ | Number      Street |
| City          State   ZIP Code | **Date of order or assignment** | |
| | _____ | City                State   ZIP Code |

---

### Part 4:   Certain Gifts and Charitable Contributions

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

Copyright © Financial Software Solutions, LLC                                              BlueStylus

Debtor    **Robert Bas Law Office, Corp.**                    Case number *(if known)* _____
Name

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| **9.1** | _____ Recipient's Name | | _____ | $ _____ |
| | _____ Number      Street | | | |
| | _____ City          State  ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

<table>
<tr><td style="background:black;color:white">**Part 5:**</td><td>**Certain Losses**</td></tr>
</table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|---|
| **10.1** | | _____ | _____ | $ _____ |

---

<table>
<tr><td style="background:black;color:white">**Part 6:**</td><td>**Certain Payments or Transfers**</td></tr>
</table>

11. **Payments related to bankruptcy**

    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor    **Robert Bas Law Office, Corp.**                                    Case number *(if known)* _____
                  Name

| | Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| **11.1** | **Robert E. Eggmann**<br>Recipient's Name | | **01/2026** | $ **10,000.00** |
| | **Carmody MacDonald P.C.**<br>**120 South Central Ave., Ste. 1800**<br>Number      Street | | | |
| | **Saint Louis        MO    63105**<br>City                State   ZIP Code | | | |
| | **Email or website address**<br>_____ | | | |
| | **Who made the payment, if not debtor?**<br>_____ | | | |

**12.    Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| **12.1** | _____<br><br>**Trustee**<br>_____ | | _____ | $ _____ |

**13.    Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| **13.1** | _____<br>Recipient's Name<br><br>_____<br>Number      Street<br><br>_____<br>City                State   ZIP Code<br><br>**Relationship to debtor**<br>_____ | | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor   **Robert Bas Law Office, Corp.**                    Case number *(if known)* _____
        Name

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**15.1** _____
    Facility Name

    **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

**How are records kept?**

_____
Number    Street

*Check all that apply:*
☐ Electronically
☐ Paper

_____
City       State   ZIP Code

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor    **Robert Bas Law Office, Corp.**                          Case number *(if known)* _____
          <u>Name</u>

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes.  Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ADP TotalSource Retirement Savings Plan** | **27-1558808** |

Has the plan been terminated?

☑ No

☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | _____<br>Name<br><br>_____<br>Number  Street<br><br>_____<br>City  State  ZIP Code | XXXX– _____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $ _____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | _____<br>Name<br><br>_____<br>Number  Street<br><br>_____<br>City  State  ZIP Code | <br><br>**Address** | | ☑ No<br>☐ Yes |

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

Debtor **Robert Bas Law Office, Corp.**                                   Case number *(if known)* _____
Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **20.1** | **Center Grove Storage**<br>Name | **Robert Bas; Jessica Cunningham; Katie Schmitt** | **Case files and equipment storage.** | ☐ No<br>☑ Yes |
| | **6463 Center Grove Road**<br>Number    Street<br><br>**Edwardsville    IL    62025**<br>City         State  ZIP Code | **Address** | | |

---

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| **21.1** | _____<br>Owner's Name<br><br>_____<br>Number    Street<br><br>_____<br>City         State  ZIP Code | | | $ _____ |

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

Debtor    **Robert Bas Law Office, Corp.**                                    Case number *(if known)* _____
          Name

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:
- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.
    ☑ No
    ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|
| **22.1** _____ <br><br> **Case Number** <br> _____ | _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City         State   ZIP Code | _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
    ☑ No
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **23.1** _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City       State   ZIP Code | _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City       State   ZIP Code | | _____ |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
    ☑ No
    ☐ Yes. Provide details below.

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor    **Robert Bas Law Office, Corp.**                    Case number *(if known)* _____
          Name

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **24.1** | | | | |
| | Name | Name | | |
| | Number      Street | Number      Street | | |
| | City            State   ZIP Code | City            State   ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| **25.1** | | | EIN: _____ |
| | Name | | **Dates business existed** |
| | Number      Street | | From _____ To **Present** _____ |
| | City            State   ZIP Code | | |

**26.** **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| **26a.1** | **Terry Richars** | From _____ To **Present** _____ |
| | Name | |
| | **Tomerlin Bookkeeping**<br>**345 West St. Louis Street** | |
| | Number      Street | |
| | **East Alton**                    **IL**    **62024** | |
| | City            State   ZIP Code | |

Copyright © Financial Software Solutions, LLC                                        BlueStylus

Debtor    **Robert Bas Law Office, Corp.**                                          Case number *(if known)*
      Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐   None

| Name and address | Dates of service |
|---|---|
| **26b.1**  **Robert Bas** <br> Name | From _____  To **Present** |
| **8405 Jade Lane** <br> Number       Street | |
| **Edwardsville**          **IL**    **62025** <br> City                                State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26b.2**  **Terry Richars** <br> Name | From _____  To **Present** |
| **Tomerlin Bookkeeping** <br> **345 West St. Louis Street** <br> Number       Street | |
| **East Alton**            **IL**    **62024** <br> City                                State    ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐   None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1**  **Robert Bas** <br> Name | |
| **8405 Jade Lane** <br> Number       Street | |
| **Hamburg**               **IL**    **62045** <br> City                                State    ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.2**  **Terry Richars** <br> Name | |
| **Tomerlin Bookkeeping** <br> **346 West St. Louis St.** <br> Number       Street | |
| **Edwardsville**          **IL**    **62025** <br> City                                State    ZIP Code | |

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor **Robert Bas Law Office, Corp.**
Name

Case number *(if known)* _____

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐  None

| Name and address |
|---|
| **26d.1**  **First Mid Bank & Trust** |
| Name |
| **P.O. Box 499** |
| Number        Street |
| **Mattoon**                                   **IL**        **61938-0499** |
| City                                   State    ZIP Code |

27.  **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑  No

☐  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ _____ |

**27.1**  Name and address of the person who has possession of inventory records

Name

Number        Street

City                                   State    ZIP Code

28.  **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **28.1**  **Robert Bas** | **8405 Jade Lane**<br>**Hamburg, IL 62045** | **President** | **100.00** |

29.  **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑  No

☐  Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **29.1** | | | From _____ To **Present** |

Copyright © Financial Software Solutions, LLC                                   BlueStylus

Debtor    **Robert Bas Law Office, Corp.**                                    Case number *(if known)* _____
   Name

30.  **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1  Nicole C. Bas**<br>Recipient's Name<br><br>**8405 Jade Lane**<br>Number  Street<br><br>**Edwardsville** **IL** **62025**<br>City  State ZIP Code | **$10,500.00 for wages.** | **6/30/25 - 8/18/2025** | **Wages for advertising and trial preparation.** |

**Relationship to debtor**

**Spouse**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.2  Robert Bas**<br>Recipient's Name<br><br>**8405 Jade Lane**<br>Number  Street<br><br>**Edwardsville** **IL** **62025**<br>City  State ZIP Code | **$330,000** | **2025** | |

**Relationship to debtor**

31.  **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

Copyright © Financial Software Solutions, LLC                       BlueStylus

Debtor    **Robert Bas Law Office, Corp.**                               Case number *(if known)* _____
          Name

32.  **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **401k** | EIN: **27-1558808** |

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **2/20/2026**
               MM/DD/YYYY

✗    **/s/ Robert Bas**                          Printed name    **Robert Bas**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                     BlueStylus

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Robert Bas Law Office, Corp.** | EIN |
| | Name | |

United States Bankruptcy Court for the: **Southern District of Illinois**   District of **Illinois**

[Date case filed for chapter 11 _____  OR
                                   MM/DD/YYYY]

[Date case filed in chapter _____
                                   MM/DD/YYYY

Date case converted to chapter 11 _____
                                   ]
                                   MM/DD/YYYY

Case number (*If known*): _____

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

### Notice of Chapter 11 Bankruptcy Case

02/20

For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | **Robert Bas Law Office, Corp.** | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | **315 N. Main Street, Ste. 3**<br>**Edwardsville IL 62025** | |
| 4. | **Debtor's attorney**<br>Name and address | **Robert Eggmann** | Contact phone<br><br>Email   **ree@carmodymacdonald.com** |

Copyright © Financial Software Solutions, LLC   BlueStylus

Debtor      **Robert Bas Law Office, Corp.**                          Case number *(if known)* _____
Name

| | | |
|---|---|---|
| **5.** | **Bankruptcy trustee** | Contact phone _____ |
| | Name and address | Email _____ |

| | | |
|---|---|---|
| **6.** | **Bankruptcy clerk's office** | **Hours open** |
| | Documents in this case may be filed at this address. | |
| | You may inspect all records filed in this case at this office or online at www.pacer.gov | **Contact phone** |

**7.  Meeting of creditors**

Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.

Creditors may attend, but are not required to do so.

_____ at ___ : __ **A.M.**
**Date**                     **Time**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

**Location:**

**8.  Proof of claim deadline**

Deadline for filing proof of claim:

**[Not yet set. If a deadline is set, the court will send you another notice.] or**

**[date, if set by the court)]**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:

■ your claim is designated as disputed, contingent, or unliquidated;

■ you file a proof of claim in a different amount; or

■ you receive another notice

If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**9.  Exception to discharge deadline**

The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline

If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.

**Deadline for filing the complaint:**

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

| Debtor | **Robert Bas Law Office, Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 10. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. | **Filing a Chapter 11 bankruptcy case.** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

# United States Bankruptcy Court

## Southern District of Illinois

In re **Robert Bas Law Office, Corp.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **2/20/2026**

**/s/ Robert Bas**
**Robert Bas**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**BayFirst National Bank**
**700 Central Ave.**
**Saint Petersburg, FL 33701**


**Busey Bank**
**P.O. Box 790408**
**St. Louis, MO 63179-0408**


**Capital On Tap**
**33 Irving Place**
**Suite 3009**
**New York, NY 10003**


**Capital One Business**
**P.O. Box 4069**
**Carol Stream, IL 60197-4069**


**FC Marketplace, LLC**
**110 SE 6th St., Ste. 700**
**Fort Lauderdale, FL 33301**


**First Mid Bank & Trust**
**P.O. Box 499**
**Mattoon, IL 61938-0499**


**Five Star Bank**
**SBA Credit Team**
**3100 Zinfandel Drive, Suite 650**
**Rancho Cordova, CA 95670**


**Fox Funding Group LLC**
**803 S. 21st Ave.**
**Hollywood, FL 33020**

**Creditor Matrix**                                                                page 2 of 4

Copyright © Financial Software Solutions, LLC

**Headway Capital, LLC**
**175 W. Jackson Blvd.**
**Chicago, IL 60604**

**Illinois Department of Revenue**
**BK Unit Level 7-425**
**100 Randolph St.**
**Chicago, IL 60601**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**OnDeck Capital**
**4700 W. Daybreak Pkwy.**
**Suite 200**
**South Jordan, UT 84009**

**PBT Assets Inc.**
**D/B/A Staten Finance Group**
**7901 4th St. N.,  Ste. 7261**
**Saint Petersburg, FL 33702**

**PBT Assets Inc.**
**D/B/A Staten Finance Group**
**7901 4th St. N., Ste. 7261**
**Saint Petersburg, FL 33702**

**QuickBooks**
**P.O. Box 842978**
**Dallas, TX 75284-2978**

**QuickBooks Capital**
**P.O. Box 842978**
**Dallas, TX 75284-2978**

Copyright © Financial Software Solutions, LLC

**RBM Management**


**Square Capital**
**JP Morgan - Lockbox Processing**
**Attn: Square Financial Services - 22402**
**4 Chase Metrotech Center, 7th Floor East**
**Brooklyn, NY 11245**


**Transportation Alliance Bank, Inc.**
**4185 Harrison Blvd.**
**Ogden, UT 84403**

Copyright © Financial Software Solutions, LLC