| | February 15-February 21 | February 22-February 28 | March 1-March7 | March 8-March 14 |
|---|---|---|---|---|
| Payroll | | $10,775.07 | | $10,775.07 |
| Employee benefits | | | $3,665.00 | |
| Office Rent | | | $700.00 | |
| utilities/storage | $500.00 | | $1,000.00 | |
| Draws/Wage Distributions | $5,000 | $5,000 | $5,000 | $5,000 |
| Insurance expense | | | $73.00 | |
| litigation expenses | $2,000 | $2,000 | $2,000.00 | $2,000 |
| supplies expenses | $1,000 | $1,000 | $1,000 | $1,000 |
| software expenses | $150.00 | $150.00 | $150.00 | $150.00 |
| advertising expenses | $150.00 | $250.00 | $250.00 | $250.00 |
| vendor/consult payments | $1,000 | $1,000 | $1,000.00 | $1,000 |
| Company car expenses | $140.00 | $140.00 | $1,379.00 | $100.00 |
| Revenue | $20,000 | $20,000 | $20,000.00 | $20,000.00 |
| Total expenses | ($9,940) | ($20,315) | ($16,217.00) | ($20,175.00) |
| Surplus | $10,060.00 | ($315.07) | $3,783.00 | ($275.07) |